# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ANTHONY S. BUCHER |
| **Case Number:** | 14-03031-RLM-7A    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 15, 2014 09:00 AM   IP 311 |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY |
| **Courtroom Clerk:** | MARCELLA LOCKERT |
| **Reporter / ECR:** | MARCELLA LOCKERT |

### Matters:

1) Continued Hearing on Trustee's Motion for Turnover [40] and Objection filed by Debtor [52] and Response in Opposition filed by Trustee [53] and Response to Trustee's Response filed by Debtor [56] [58]
   **R / M #:**   0 / 0

2) Continued Hearing on Trustee's 2nd Motion for Turnover [49] and Objection filed by Debtor [52] and Response in Opposition filed by Trustee [53] and Response to Trustee's Response filed by Debtor [56] [58]
   **R / M #:**   0 / 0

3) Hearing: Trustee's Amended Motion for Turnover [72] and Response in Opposition filed by Debtor [75]
   **R / M #:**   0 / 0

### Appearances:

JOSEPH L. MULVEY, ATTORNEY FOR ELLEN K. FUJAWA

### Proceedings:

(1-3) DISPOSITION: Hearing held. Debtor failed to appear. Counsel for the Trustee appears in person and reports. Trustee Exhibits A & B offered. Motion GRANTED.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**