**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No: 14-03031 RLM Judge: ROBYN L. MOBERLY | |
| Case Name: BUCHER, ANTHONY S. | |
| For Period Ending: 09/30/15 | |

| | |
|---|---|
| Trustee Name: | ELLEN K. FUJAWA |
| Date Filed (f) or Converted (c): | 04/08/14 (f) |
| 341(a) Meeting Date: | 05/23/14 |
| Claims Bar Date: | 10/22/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9853 Parkshore Drive, Fishers, IN 46038 | 228,900.00 | 35,906.00 | OA | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | OA | 0.00 | FA |
| 3. Scottrade Account | 14.00 | 0.00 | OA | 0.00 | FA |
| 4. Bed, TV, Misc Electronics | 800.00 | 0.00 | OA | 0.00 | FA |
| 5. Platinum Eminem Recovery Album Plaque; Van Halen C | 1,750.00 | 250.00 | | 0.00 | 250.00 |
| 6. Misc Clothing | 500.00 | 0.00 | OA | 0.00 | FA |
| 7. Bicylce, Misc Sporting Goods | 850.00 | 0.00 | OA | 0.00 | FA |
| 8. Indiana College Choice 529 Direct Savings Plan; 16 | 750.00 | 0.00 | OA | 0.00 | FA |
| 9. BC Forward 401(K); 19138155 | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 10. One Records and ENTLLC | 15,000.00 | 14,764.00 | | 0.00 | 14,764.00 |
| 11. Gracie Productions & Ent LLC | 15,000.00 | 15,000.00 | | 0.00 | 15,000.00 |
| 12. 2009 GMC Yukon XL; 84,691 miles; good condition | 26,360.00 | 0.00 | OA | 0.00 | FA |
| 13. Royalty payments (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 14. Potential avoidance claims under 547 and 548 (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 15. Pro-rated 2014 Federal and State tax refunds (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $291,024.00 | $65,923.00 | $0.00 | $30,017.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10 creditor letters mailed 8-26-15

Email to R&L for updates on case 7-25-15

LFORM1

Ver: 19.00

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     2

| | | | |
|---|---|---|---|
| Case No: | 14-03031     RLM    Judge: ROBYN L. MOBERLY | Trustee Name: | ELLEN K. FUJAWA |
| Case Name: | BUCHER, ANTHONY S. | Date Filed (f) or Converted (c): | 04/08/14 (f) |
| | | 341(a) Meeting Date: | 05/23/14 |
| | | Claims Bar Date: | 10/22/14 |

IRS Intercept Form mailed 10-28-14

October 11, 2015, 11:51 pm :  conferenced with R & L:  funds on deposit are trust funds which Trustee will likely return to co., for disbursement.  Will refer this case to OUST for revocation.

IRS Intercept Form to be mailed after 10-15-14

August 05, 2014, 03:29 pm :  filed amended roa

Application to Employ R&L filed 6-3-14

Initial Projected Date of Final Report (TFR): 07/29/15        Current Projected Date of Final Report (TFR): 06/01/16

        /s/     ELLEN K. FUJAWA

_____ Date: 10/20/15

        ELLEN K. FUJAWA

**FORM 2**

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No: | 14-03031  -RLM | Trustee Name: | ELLEN K. FUJAWA |
| Case Name: | BUCHER, ANTHONY S. | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******6092  Checking Account |
| Taxpayer ID No: | *******1540 | | |
| For Period Ending: | 09/30/15 | Blanket Bond (per case limit): | $ 59,173,500.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******6092 | 0.00 | 0.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 0.00 | 0.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                0.00

Ver: 19.00