SO ORDERED: January 6, 2016.



Robyn L. Moberly
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| BUCHER, ANTHONY S. | ) CASE NO. 14-03031-RLM-7 |
| | ) |
| Debtor | ) |
| | ) |

### ORDER ON TRUSTEE'S MOTION FOR TURNOVER

This case comes before the Court on the Trustee's request for an order directing the Debtor to turn over specific documents and information. The Court, being duly advised, now **ORDERS** the Debtor to turn over to the Trustee within 15 days of the date of the order documentation as follows:

- **Copies of 2014 Federal and State tax returns; and**
- **Sum equal to the pro-rated 2014 Federal and State tax refunds.**

### # # #