UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| ANTHONY S. BUCHER ) | Bankruptcy No. 14-03031-RLM-7A |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| Ellen K. Fujawa, Trustee ) | Adversary Proceeding No. |
| Plaintiff ) | |
| -v- ) | |
| ) | |
| ANTHONY S. BUCHER ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT TO DENY DISCHARGE**

Plaintiff, Ellen K. Fujawa, for her complaint against the Defendant/Debtor, ANTHONY S. BUCHER, would show the Court:

1. That the Court has jurisdiction of this matter under 11 U.S.C. 727 and 28 U.S.C. 1334. Venue is proper in this Court pursuant to 28 U.S.C. 1409. This matter is a core proceeding under 28 U.S.C. 157(b)(2).

2. Plaintiff is the duly appointed Chapter 7 trustee in this case.

3. The Trustee was obliged to seek an Order of turnover to compel the Defendant/ Debtor to turnover all documents described in Document No. 40 and Document No. 49 Motion for Turnover and Notice of Objection Deadline and Second Motion for Turnover and Notice of Objection Deadline, Copies of 2014 Federal and State tax returns and sum equal to the pro-rated 2014 Federal and State tax refunds. The Defendant/Debtor failed to comply with part or all of the Orders entered on August 29, 2014 and January 16, 2016.

4. An order of discharge has not been entered in this case. The discharge should be denied pursuant to 11 U.S.C. 727(a)(6)(A).

WHEREFORE the Plaintiff Trustee prays that after such notice and hearing as the Court shall require, that the Court enter judgment denying the Order of Discharge, pursuant to 11 U.S.C.§ 727(a)(6)(A), Case No. 14-03031, ANTHONY S. BUCHER.

/s/ Ellen K. Fujawa
Ellen K. Fujawa, Trustee
PO Box 668
Zionsville, IN 46077
(317) 203-3233
trusteefujawa@gmail.com