SO ORDERED: May 2, 2016.



Robyn L. Moberly
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| ANTHONY S. BUCHER ) | Bankruptcy No. 14-03031-RLM-7A |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| Ellen K. Fujawa, Trustee ) | Adversary Proceeding No.16-50028 |
| Plaintiff ) | |
| -v- ) | |
| ) | |
| ANTHONY S. BUCHER ) | |
| ) | |
| Defendant. ) | |

**DEFAULT JUDGMENT DENYING DISCHARGE OF DEBTOR**

This matter comes before the Court on the motion for default judgment pursuant to FRBP 7055. The Court now finds that the Defendant, ANTHONY S. BUCHER has been duly served with process but has failed to respond to the Complaint.

This Court further finds that ANTHONY S. BUCHER has refused to obey lawful orders of the Court dated August 29, 2014 and January 16, 2016.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Court deny the discharge to the Debtor ANTHONY S. BUCHER pursuant to 11 U.S.C. §727.

###