UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF04006 (rev 01/2016)

In re:

**Anthony S. Bucher**,
SSN: xxx–xx–3462    EIN: NA
    981 Hwy 98 E
    Unit #3133
    Destin, FL 32541
        Debtor.

Case No. **14–03031–RLM–7**

## NOTICE OF NO DISCHARGE

**NOTICE IS GIVEN** that the discharge of the debtor was denied by an order dated May 2, 2016.

Dated:  May 2, 2016

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court